JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GEFFEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRENTWOOD COUNTRY MART, LTD., and COUNTRY MART, LLC;<br><br>　　　　　Defendants. | Case No. 2:12-cv-05629 RSWL (VBKx)<br><br>*[Assigned to Hon. Ronald S.W. Lew, Sr., Ctrm 21]*<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF PLAINTIFF'S ACTION**<br><br>*[Filed concurrently with Request For Dismissal Of Plaintiff's Action]* |

///

///

///

---

**ORDER RE: REQUEST FOR DISMISSAL OF PLAINTIFF'S ACTION**
Case No. 2:12-cv-05629 RSWL (VBKx)　　　　　　　　　　　　　　　　1

1
2       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the above-captioned
3  action as against BRENTWOOD COUNTRY MART, LTD., and COUNTRY
4  MART, LLC, is hereby dismissed, subject to this Court's continuing jurisdiction as
5  set forth in the Settlement Agreement and Order re: Settlement Agreement Regarding
6  Plaintiff's Claims for Injunctive Relief, ordered April 29, 2013.
7
8       **IT IS SO ORDERED.**
9
10
11  Dated: 5-1-13       RONALD S.W. LEW
12       **HONORABLE RONALD S.W. LEW**
     **SENIOR U.S. DISTRICT COURT JUDGE**

---

**ORDER RE: REQUEST FOR DISMISSAL OF PLAINTIFF'S ACTION**
Case No. 2:12-cv-05629 RSWL (VBKx)       2