1
2                                                     JS-6
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9
10                     **CENTRAL DISTRICT OF CALIFORNIA**

11  DAVID GEFFEN,                  ) Case No.  2:12-cv-05629 RSWL (VBKx)
                                   )
12              Plaintiff,         ) *[Assigned to Hon. Ronald S.W. Lew, Sr.,*
                                   ) *Ctrm 21]*
13  vs.                            )
                                   )
14                                 )
    BRENTWOOD COUNTRY MART,        ) **ORDER RE: REQUEST FOR**
15  LTD., and COUNTRY MART, LLC;   ) **DISMISSAL OF PLAINTIFF'S**
                                   ) **ACTION**
16                                 )
17              Defendants.        )
                                   )
18                                 ) *[Filed concurrently with Request For Dismissal*
                                   ) *Of Plaintiff's Action]*
19                                 )
                                   )
20

21
22
23
24
25
26  ///
27  ///
28  ///

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the above-captioned action as against BRENTWOOD COUNTRY MART, LTD., and COUNTRY MART, LLC, is hereby dismissed, subject to this Court's continuing jurisdiction as set forth in the Settlement Agreement and Order re: Settlement Agreement Regarding Plaintiff's Claims for Injunctive Relief, ordered April 29, 2013.

**IT IS SO ORDERED.**

Dated:  5-1-13

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
**SENIOR U.S. DISTRICT COURT JUDGE**

**ORDER RE: REQUEST FOR DISMISSAL OF PLAINTIFF'S ACTION**
Case No. 2:12-cv-05629 RSWL (VBKx)                                                            2